# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STEVEN JERMAINE CHARLES

NO. 2024 KW 0375

**JULY 15, 2024**

---

In Re:   Steven Jermaine Charles, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 548792.

---

**BEFORE:   WOLFE, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

EW
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT